JS-6

```
                    FILED
         CLERK, U.S. DISTRICT COURT

                  8/5/2015

         CENTRAL DISTRICT OF CALIFORNIA
         BY: _____CW_____ DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERMOND PETERSON DESIGN, LLC, a Wisconsin Limited Liability Company, | Case No.: CV14-6300-MWF-VBK <br> *Hon. Michael W. Fitzgerald Presiding* |
| Plaintiff, | **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |
| vs. | |
| JLA HOME, INC., a California Corporation ; *et al.* | |
| Defendants. | |

1

<u>ORDER:</u>

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The entire action is dismissed with prejudice against all Defendants;
2. This dismissal is subject to and predicated upon the settlement agreement that gave rise to this dismissal; and
3. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Date: August 5, 2015          By: _____
                              HON. MICHAEL W. FITZGERALD
                              U.S. DISTRICT JUDGE